Filed at 2:37 P M
6/25, 2024
BLL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| MARIARLENE BROWN a/k/a MATI MOM, | : CRIMINAL NO. 7:24-CR-21-WLS-TQL |
| Defendant. | : |

## PLEA

I, **MARIARLENE BROWN**, having been advised of my constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this 25th day of June, 2024.

_____
MARIARLENE BROWN
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY