**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

---

**CRIMINAL PRETRIAL CALENDAR
VALDOSTA
SPECIALLY SET TRIAL TERM**
*i/a/w Speedy Trial Act*
**AUGUST 5th, 2024**

---

## NOTICE TO COUNSEL

**The Court notices the Parties that the seventy-day time period contemplated under the Speedy Trial Act 18, U.S.C. § 3161(h)(7)(A), will expire on or about September 3, 2024. This trial term is specially set to ensure that cases approaching the deadline for trial under the Speedy Trial Act are heard in a timely manner. The attached criminal calendar lists the cases that are set to expire prior to the Court's next available regularly scheduled trial term and, therefore, are being set for this special term. Counsel must *IMMEDIATELY* notify the Court in writing of any event, or file any motion or other notices, that might affect the determination of the deadline under the Speedy Trial Act, or that might justify or require a continuance. This will also alleviate the need and expense to summons jurors.**

## NOTICE OF PRETRIAL CONFERENCE(S)
before
**SR. U.S. DISTRICT JUDGE, W. LOUIS SANDS**
at the
C. B. King United States Courthouse
201 W. Broad Avenue, Albany, GA
on
*Tuesday July 16th, 2024 @ 2:00 p.m.*

**NOTE: IN ORDER TO INSURE THAT ALL ISSUES ARE TIMELY RAISED AND RESPONDED TO SO THAT THEY MAY BE HEARD AT THE**

**PRETRIAL CONFERENCE, THE PARTIES ARE TO FOLLOW THE FOLLOWING SCHEDULE:**

All motions are to be filed within fourteen (14) days prior to the pretrial conference. Opposing counsel shall file their response(s) within seven (7) days thereafter. Counsel shall be prepared to present oral argument and evidence, if necessary, in connection with all pending motions.

Unless otherwise ordered, the following CRIMINAL cases will be **CALLED FOR TRIAL on *Monday August 5, 2024 a.m. in VALDOSTA, GA,*** or thereafter during the stated Trial Term as may be ordered by the Court.

ALL DEFENDANTS MUST BE PRESENT AT ALL PROCEEDINGS unless specifically excused by the Court upon a determination that Defendant's presence is not needed.  DEFENSE COUNSEL MUST ARRIVE NO LATER THAN 30 MINUTES PRIOR TO ALL PROCEEDINGS, BUT IN NO EVENT SO LATE AS TO NOT BE ABLE TO PROCEED WHEN THE COURT CALLS THE CASE, notwithstanding counsel's need to consult with an in-custody defendant.  It is counsel's duty to accomplish the same prior to the time of the hearing.

If a Defendant is in CUSTODY [whether Federal or State], the U.S. Marshals must be notified IMMEDIATELY BY THE U.S. ATTORNEY'S OFFICE so as to timely arrange for said Defendant's transfer to this Court.

It is defense counsel's responsibility to immediately notify the Court of any Defendant who is not sufficiently proficient in the English language so as to need an interpreter to aid counsel and for court proceedings.  Please contact Gloria D. Anderson , Courtroom Deputy/Scheduling Clerk, @ 229.903.1332 so that arrangements may be timely made for the attendance of an interpreter at all proceedings.

<u>Any Motion to Continue Trial **MUST** be filed at least two (2) business days prior to the date of the noticed pretrial if counsel wishes to be excused from making an appearance at the conference.  Motion(s) to Continue filed within two (2) business days before the pretrial conference will be heard at the pretrial conference.  In that event, Counsel shall not be excused from the pretrial conference, and, therefore, must appear at the conference.</u>  The motion to continue shall state the reason therefor, include the appropriate findings and exclusions language, and legal authority in view of the Speedy Trial Act.  A proposed order shall be filed as an attachment to said motion and shall also conform to the requirements of the Speedy Trial Act and shall include the appropriate findings and exclusions language.

All counsel shall promptly review their schedules and be prepared to give an informed response to the Court regarding any potential conflict.  If counsel has a conflict which counsel believes to require a continuance, counsel shall promptly file a motion requesting same with supporting memorandum.  Existing conflicts at the time of pretrial which counsel fail to disclose to the Court or timely move for continuance, will <u>not</u> be later recognized with favor except to prevent manifest injustice.

All Counsel are directed to file Proposed Jury Instructions/Requests to Charge and Proposed Voir Dire Questions no later than one (1) business day prior to the conference. *<u>[If counsel intend to announce a change of plea or request a continuance in the matter, these documents should not be filed.]</u>*

This 27th day of June 2024.

                                        **DAVID W. BUNT, Clerk**
                                        **By:**       **s/ Gloria D. Anderson**
                                           **GLORIA D. ANDERSON**
                                        **Courtroom Deputy / Scheduling Clerk**
                                        **to Sr. U.S. District Judge W. Louis Sands**
                                              **[229.903.1332]**

**ATTACHMENT:  CRIMINAL CALENDAR**