# CRIMINAL CALENDAR

## August 5th 2024 VALDOSTA TRIAL TERM

*[Specially Set i/a/w Speedy Trial Act]*

| CASE NO.: | DEFENDANT: | AUSA: | DEFENSE COUNSEL: | CHARGE(s): |
|---|---|---|---|---|
| 7:24cr021 | Mariarlene Brown (001)<br>William Allen Roberts (002)<br>Frederick Green (003) ( No arrest)<br>Thomas Christopher Mitchell (004)<br>Davontay Wiseman (005)<br>Calvin Dewayne Mckeithen (006)<br>DeWayne Rasheen Butler (007)<br>Tyler Khershad Jones (008) | Hannah Couch | Jenifer Cummings<br>Malcolm Warren<br><br>Ben Harrell<br>Chauntilia Adaway<br>Rick Collum<br>Neil Monroe<br>Kareem Todman | Bank Fraud<br>Bank Fraud<br>Bank Fraud<br>Bank Fraud<br>Bank Fraud<br>Bank Fraud<br>Bank Fraud<br>Bank Fraud |