IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| MARIARLENE BROWN a/k/a | : | |
| MATI MOM, | : | |
| WILLIAM ALLEN | : | |
| ROBERTS a/k/a ALSACE, | : | |
| FREDERICK PERNELL GREEN, | : | |
| THOMAS CHRISTOPHER | : | NO. 7:24-CR-21-WLS-TQL |
| MITCHELL, | : | |
| DAVONTAY WISEMAN a/k/a VONN, | : | |
| CALVIN DEWAYNE MCKEITHEN | : | |
| a/k/a SUPA, | : | |
| DEWAYNE RASHEEN BUTLER a/k/a | : | |
| GUWAPO, | : | |
| TYLER KHERSHAD JONES a/k/a | : | |
| LA CLIPPERS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR A PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL**

The Government moves, pursuant to Federal Rule of Criminal Procedure 16(d), for a protective order that limits the use and dissemination of discovery material and information.

The Indictment alleges one count of Conspiracy to Commit Bank Fraud. The discovery includes voluminous bank records, such as copies of cleared checks from a victim organization and individuals' Truist bank records. This includes checks, individuals' account numbers, individuals' personal identification numbers ("PINs"), and individuals' personal identifying information ("PII") that were the subject of the fraud scheme in this case. Because of the volume of checks; the number of times the bank account numbers appear on those checks; the volume of PINs, other account numbers, and PII; and the Defendants' various roles in collecting the account

numbers, PINs, and PII and coordinating the deposits of those checks, the Government has not redacted the bank account numbers, PINs, and PII. This information appears throughout discovery, from Truist bank records to text messages between co-Defendants.

The Government seeks limitations on the discovery in this case. Specifically, the Government requests that discovery materials it provides not be shared with the Defendants unless defense counsel is able to redact account numbers, PINs, and PII from them. Additionally, the Government requests that all discovery materials not be shared outside of defense counsel, their staff, and any experts or analysts Defendants retain to assist in the preparation of this case.

The purpose of this proposed order is not to limit the defense teams from reviewing the discovery and, if necessary, using it to prepare for trial in the above-captioned case. Rather, this proposed order would simply restrict defense counsel from disseminating certain discovery materials that contain account numbers, PINs, and PII. Thus, the Government hereby requests a protective order to balance the concerns discussed herein. The order would permit all uses of the evidence by the defense attorneys for any purpose relating to their preparation for proceedings in this criminal case. The order further ensures that any sensitive personal information is redacted prior to its use in any public proceeding or filing.

The Government submits that a protective order is the most reasonable way of balancing the defense team's need for access to these materials with the privacy concerns of the individuals and businesses associated with the records contained in the discovery materials. The requested protective order is therefore well within the Court's discretion to limit and regulate discovery under Federal Rule of Criminal Procedure 16(d).

The Government provided a copy of this motion and the proposed order to all defense counsel in this matter on June 26, 2024.[1] Counsel for Thomas Mitchell, Calvin McKeithen, Mariarlene Brown, William Roberts, and Davontay Wiseman do not oppose. The Government does not know remaining counsel's positions towards the motion and proposed order.

Accordingly, the Government respectfully requests that the Court grant this motion and enter the proposed order attached hereto.

Respectfully submitted, this 1st day of July, 2024.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

BY:    *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov

---

[1] Defendant Frederick Green's whereabouts remain unknown, and he has not been arrested. As such, the motion and proposed order have not been provided to his attorney.

## CERTIFICATE OF SERVICE

I, Hannah M. Couch, Assistant United States Attorney, hereby certify that on the 1st day of July, 2024, I filed the within and foregoing *Motion for a Protective Order Governing Discovery Materials* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

BY:   *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov