**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **MARIARLENE BROWN a/k/a** | **:** | |
| **MATI MOM,** | **:** | |
| **WILLIAM ALLEN** | **:** | |
| **ROBERTS a/k/a ALSACE,** | **:** | |
| **FREDERICK PERNELL GREEN,** | **:** | |
| **THOMAS CHRISTOPHER** | **:** | **NO. 7:24-CR-21-WLS-TQL** |
| **MITCHELL,** | **:** | |
| **DAVONTAY WISEMAN a/k/a VONN,** | **:** | |
| **CALVIN DEWAYNE MCKEITHEN** | **:** | |
| **a/k/a SUPA,** | **:** | |
| **DEWAYNE RASHEEN BUTLER a/k/a** | **:** | |
| **GUWAPO,** | **:** | |
| **TYLER KHERSHAD JONES a/k/a** | **:** | |
| **LA CLIPPERS,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| _____ | **:** | |

**PROTECTIVE ORDER GOVERNING DISCOVERY MATERIALS**

For the reasons stated in the Motion for a Protective Order, filed on July 1, 2024, **IT IS**

**HEREBY ORDERED** pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure that:

1. The discovery materials provided by the Government may only be shared with (1) defense

    counsel, co-counsel, paralegals, investigators, litigation support personnel, and secretarial

    staff working for defense counsel; and (2) any retained financial analysts or other such

    experts whose duties require such records.  Any such analysts or experts will be given only

    those materials necessary for them to do their work and shall not share or disclose materials

    to anyone outside of the provisions of this Order.  In the event defense counsel wishes to

    share any information in the discovery materials with a defendant, they will ensure that any

account numbers, personal identification numbers ("PINs"), and personal identifying information ("PII") are redacted, unless it is the account number, PIN, or PII belonging to the defendant in question. If any discovery materials are reviewed with a defendant, they shall be informed of the limitations on dissemination of this information outlined in this Order.

2.  The parties agree that any of the discovery materials that will be used in a public filing, to include a trial exhibit, will have any and all PII (including home addresses), account numbers, and PINs redacted before filing.

3.  The parties each reserve their right to seek modification of this Order from the Court should the need arise during the progression of this criminal case.

4.  This Order shall survive the final termination of this criminal case, to include any appeal, and upon termination of this criminal case, attorneys for the defendants shall return all copies of the discovery materials to the Government that are not a matter of public record at the time (*i.e.*, trial exhibits or other publicly-filed exhibits or documents), or shall certify that said documents have been destroyed.

**IT IS SO ORDERED**, this _____ day of July, 2024.

_____
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE