IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-21-WLS-TQL |
| | : | |
| MARIARLENE BROWN a/k/a, | : | |
| MATI MOM, | : | |
| WILLIAM ALLEN ROBERTS a/k/a, | : | |
| ALSACE, | : | |
| FREDERICK PERNELL GREEN, | : | |
| THOMAS CHRISTOPHER | : | |
| MITCHELL, | : | |
| DAVONTAY WISEMAN a/k/a | : | |
| VONN, | : | |
| CALVIN DEWAYNE MCKEITHEN | : | |
| a/k/a SUPA, | : | |
| DEWAYNE RASHEEN BUTELR | : | |
| a/k/a GUWAPO, | : | |
| TYLER KHERSHAD JONES a/k/a | : | |
| LA CLIPPERS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Presently before the Court are the United States of America's Motion to Declare the Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B), Extend Deadlines in the Standard Pretrial Order, and Request to Continue this case from the August trial term. (Doc. 105); and Motion for a Protective Order (Doc. 104).

The Government contends that a total of eight (8) Defendants have been indicted in this case. (Doc. 105). It further notes that all Defendants, except Defendant Green whose whereabouts are currently unknown, have had their initial appearances and arraignments. (*Id.*) Based on the large amount of discovery in this case, the Government contends that the case should be declared complex and that the case should be continued. (*Id.*) The Government states that it reached out to all Defendants' attorneys, except Green's, asking if

1

they oppose the instant Motions. (Docs. 104; 105). The Government notes that Counsels for Mitchell, McKeithen, Brown, Roberts, and Wiseman do not oppose the Motion to Declare Case Complex (Doc. 105) and Motion for a Protective Order (Doc. 104). However, the Government does not know remaining Counsel's positions. (*Id.*)

Thus, Counsel for Defendants Butler and Jones are **ORDERED** to file a response to the instant Order, no later than **seven (7) days** of entry of this Order, as to whether they oppose the Government's Motion to Declare the Case Complex (Doc. 105) and the Motion for a Protective Order (Doc. 104).

Additionally, Defense Counsel, except for Counsel for Defendant McKeithen who already filed a Motion to Continue (Doc. 109), are **ORDERED** to file a written response regarding the Government's request to continue the trial case from the August term within **seven (7) days** of entry of Order.

**SO ORDERED,** this 3rd day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**