**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 7:24-CR-21-WLS-TQL** |
| | : | |
| **v.** | : | |
| | : | |
| **MARIARLENE BROWN a/k/a** | : | |
| **MATI MOM,** | : | |
| **WILLIAM ALLEN** | : | |
| **ROBERTS a/k/a ALSACE,** | : | |
| **FREDERICK PERNELL GREEN,** | : | |
| **THOMAS CHRISTOPHER** | : | |
| **MITCHELL,** | : | |
| **DAVONTAY WISEMAN a/k/a VONN,** | : | |
| **CALVIN DEWAYNE MCKEITHEN** | : | |
| **a/k/a SUPA,** | : | |
| **DEWAYNE RASHEEN BUTLER a/k/a** | : | |
| **GUWAPO,** | : | |
| **TYLER KHERSHAD JONES a/k/a** | : | |
| **LA CLIPPERS,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**SUMMARY OF TESTIMONY OF EXPERT WITNESS MATTHEW PORTER**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705, files this Notice of Intent to Rely on an Expert Witness at trial. The United States respectfully reserves the right to offer additional testimony by this expert and for this expert to amend or adjust his opinions and basis for those opinions due to information made known to him before or during trial.

The United States intends to offer testimony from Sergeant Matthew Porter, a digital forensic investigator with the Lowndes County Sheriff's Office ("LCSO"). Porter's curriculum vitae, which includes his training and experience, the cases in which he has testified as an expert within the past four years (if any), as well as the publications he has authored in the past ten

years (if any), are attached to this notice.

Porter has been with the LCSO since 2013. As a forensic investigator, he is responsible for examining electronic evidence submitted by law enforcement, such as mobile devices, computers, and other digital devices, and providing expert testimony in court on his downloads and examinations of such electronic evidence. He has acquired knowledge and experience as to downloading and examining digital devices through training, continuing education, records, familiarity, and conferring with other experts. He prepares reports and official correspondence relating to the downloads and examinations of such devices.

During the course of his duties, Porter has examined numerous devices for the purpose of downloading the data contained on those devices. Part of this process involves using tools from Magnet Axiom, Cellebrite, and others.

Porter has received formal training for examining and analyzing various devices. This training includes: (1) Basic Computer Evidence Recovery Training from the National Computer Forensic Institute ("NCFI"); (2) Mobile Device Examiner from NCFI; (3) Call Detail Records Analysis from NCFI; and (4) Ransomware Investigative Principles from NCFI. He is a Certified Cellebrite Operator and is certified in Cellebrite Apple Forensic Fundamentals.

Porter has not authored any publications within the past ten years, and he has not testified as an expert in the past four years.

Porter is expected to testify that he examined the cellular phone[1] and downloaded the data from the phone using Cellebrite software. His opinions and findings are contained in his official reports, which are attached to this notice.

 Pursuant to Rule 16(a)(1)(G)(v), Porter has reviewed and approved this summary and

---

[1] Another law enforcement witness is expected to testify that the cellular phone was seized from and belonged to Defendant William Roberts.

filing, confirmed by his signature below.

Sgt. Matt Porter, 1286

USSS – Task Force Officer

Lowndes County Sheriff's Office


RESPECTFULLY SUBMITTED, this 16th day of July, 2024.


PETER D. LEARY
UNITED STATES ATTORNEY

BY:     *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov

        *Attorney for the United States of America*


## CERTIFICATE OF SERVICE


3

I, Hannah M. Couch, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing **SUMMARY OF TESTIMONY OF EXPERT WITNESS** by filing said notice with the Clerk of the Court using the CM/ECF system.

RESPECTFULLY SUBMTITED, this 16th day of July, 2024.

PETER D. LEARY
UNITED STATES ATTORNEY

BY:    *s/ Hannah M. Couch*
       HANNAH M. COUCH
       Assistant United States Attorney
       Georgia Bar No. 825706
       United States Attorney's Office
       Post Office Box 1702
       Macon, Georgia 31202
       Telephone: (478) 752-3511
       Facsimile: (478) 621-2655
       Email: hannah.couch@usdoj.gov

       *Attorney for the United States of America*