**Sergeant Matt Porter - Digital Forensic Investigator**
120 Prison Farm Road, Valdosta, Georgia, 31603
mporter@lowndescounty.com / 229-671-2900
*United States Secret Service Task Force Officer (ECTF*)
Special Deputy US Marshal (ECTF)
*Lowndes County Sheriff's Office*
Criminal Investigation Division

## DAILY OPERATIONS:

Maintain and run a fully operational Digital Forensic Lab with advanced capabilities
Provide digital forensic services for multiple local, State(s), and Federal agencies
Maintain encrypted evidence storage server
Maintain quality control/best practices for digital devices/digital forensics
Intake/log/store/process/analyze digital evidence/devices
Provide assistance/recommendations to detectives/agencies during investigations
Generate forensic report of findings after analysis
Provide real time intelligence from digital devices/media in exigent circumstances
Conduct evidence reviews with various agencies and attorneys/firms
Directly supervise 11 case agents and 3 crime scene technicians along with their open investigations
Supervise the execution of search warrants

## SUMMARY OF QUALIFICATIONS:

Familiar with Windows, Macintosh, Linux, KaiOS, Apple IOS, and Android operating/file systems
Strong understanding of forensic science relating to digital media
Ability to install and troubleshoot computer system hardware/software and forensic tools
Ability to use file viewers, programming language viewers, video/audio digitization software
Proficient with numerous forensic tools and forensic exam procedures
Experience in Windows and MAC computer forensics
Experience in Android and Apple mobile forensics
Experience in digital video recorder forensics
Knowledge of Network and Systems Administration
Experience with data recovery techniques/software
Author/update policies based on current best practices/statutes/case precedent
Proficient with numerous programs/software for data presentation/documentation

## FORENSIC TOOLS:

Magnet Axiom Process, Magnet Axiom Examine, Magnet Axiom IEF, Magnet Axiom Chromebook Acquisition Assistant, Magnet Axiom Acquire, GrayKey, Cellebrite Premium, Cellebrite UFED4 PC, Cellebrite Touch 2, Cellebrite Physical Analyzer, Cellebrite Data Collector, Cellebrite Inspector, Cellebrite Reader, Forensic Explorer, FTK Imager, TestDisk, Paladin Autopsy, Paladin Recon, DVR Imager, Ace-Input, Axon Investigate, PLX, Pen Link, ZetX, Trax, RIFT/JTAG boxes, VR tables, TX1-Forensic Imager, Write Blockers, Sumuri Forensic Workstations, M1/T2 computers (as a forensic work station), Dell laptops (as a forensic work station), Data Duplication Dock, DROBO/NAS evidence storage, and numerous open-source forensic tools.

## EDUCATION

**National Computer Forensic Institute**
- Basic Computer Evidence Recovery Training (BCERT)
- Mobile Device Examiner (MDE)
- Mac/Apple Forensics (MFT)
- Bluetooth Skimmer (SHC)
- Digital Video Recorder Forensics (DVR)
- Digital Investigations Supervisor (DISC)
- Phone Repair (IPR)
- Business Email Compromise (BEC)
- Open Source Intelligence (OSI)
- Digital Currency Course (DCC)
- Call Detail Records Analysis (CDR)
- Ransomware Investigative Principles (RIP)

**National Paralegal College**
- Associates of Science - Paralegal Studies

**Current Certifications**
- Certified Cellebrite Operator (CCO)
- Certified Cellebrite Apple Forensic Fundamentals (CAFF)

## ACQUIRED DEVICE SUMMARY

2020
- 337 digital devices / 30+ Terabytes of data analyzed

2021
- 518 digital devices / 50+ Terabytes of data analyzed

2022
- 752 digital devices / 72+ Terabytes of data analyzed

2023
- 1561+ digital devices / 124+ Terabytes of data analyzed

## INTERNET CRIMES AGAINST CHILDREN (ICAC) PROSECUTION SUMMARY
### (AS OF 09/01/2023)

**Superior Court (Southern Judicial District)**
- 54 successful prosecutions
- 0 dismissals
- 14 currently pending (various stages of prosecution)

**Federal Court**
- 32 successful prosecutions
- 0 dismissals
- 4 pending (various stages of prosecution)

**Pending Investigations**
- 28 open/active investigations

*Previously qualified as an expert witness in both Superior Court and Federal Court for digital forensics*

**ACCOLADES**

**United States Secret Service - ECTF**

2021 – National Computer Forensic Institute
 Top Forensic Examiner; #1 in the State of Georgia
 Top Forensic Examiner; #20 in the United States

2022 – National Computer Forensic Institute
 Top Forensic Examiner; #1 in the State of Georgia
 Top Forensic Examiner; #18 in the United States

2023 - National Computer Forensic Institute
 Top Forensic Examiner; #1 in the State of Georgia
 Top Forensic Examiner; #4 in the United States

**Lowndes County Sheriff's Office**

2021 – Deputy of the Year

**OUR Rescue (Operation Underground Railroad)**

2023- Fiat Justitia Award