

# LOWNDES COUNTY SHERIFF'S OFFICE
## FIELD CASE SUPPLEMENT REPORT

CASE# **2023-01120110**

### EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| **12/21/2023 09:00** | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| | | **VALDOSTA, GA 31601** |

### OFFENSES

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **1286 Porter, Matthew** | **12/21/2023** | **Winningham, Jack** | **12/21/2023** |



**LOWNDES COUNTY SHERIFF'S OFFICE**

FIELD CASE SUPPLEMENT REPORT      CASE# **2023-01120110**

## NARRATIVE

The Lowndes County Digital Forensic Evidence Laboratory services were requested in reference to digital devices. Sergeant (Sgt.) Matt Porter completed a forensic image, file, logical, physical, and/or SIM extraction(s) of the device(s) and/or a review of records. The search was conducted under proper authority. The extractions were preformed via forensic tools.

The forensic tools may have generated comprehensive report(s) that may contain:

a.   Live and deleted user attribution data including, but not limited to, user accounts, e-mail accounts, passwords, PIN codes, patterns, account names, user names, screen names, remote data storage accounts, documents, files, metadata, or any other information and evidence that may demonstrate attribution to a particular user or users;

b.   Live and deleted records, documents, and other items that may constitute evidence, contraband, fruits, and/or instrumentalities of violations of crimes, including but not limited to the crime(s) listed;

c.   Live and deleted contact lists, call logs, text messages and multimedia messages (SMS and MMS messages), e-mails, chats, video conference communication data, contact information, installed application information including their content and any other information which can be used to identify potentially associated persons;

d.   Live and deleted passwords, password files, PIN codes, encryption codes, or other information necessary to access the digital device or data stored on the digital device such as hidden file applications;

e.   Live and deleted documents, programs, pictures, videos, audio files, text files, databases, application data, calendar entries, user dictionaries, malware, viruses, tracking or other remote monitoring software, and any associated metadata;

f.   Live and deleted web browser history, web browser bookmarks, temporary Internet files, cookies, searched items, downloaded and uploaded files, social networking websites or applications;

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1286 Porter, Matthew | 12/21/2023 | Winningham, Jack | 12/21/2023 |



**LOWNDES COUNTY SHERIFF'S OFFICE**
FIELD CASE SUPPLEMENT REPORT          CASE# **2023-01120110**

## NARRATIVE (continuation)

g.  Live and deleted data stored on removable media such as Subscriber Identity Modules (SIM cards), flash memory storage devices such as Secure Digital (SD) and Micro SD media cards and any associated wireless devices (Bluetooth, Wi-Fi, or other technology).

The data from the extraction was placed on an evidence server and a copy given to the requesting investigator for review.

The device(s) were returned to the requesting investigator or placed in evidence.

If a forensic review was conducted, see DFI report.

This concluded Sgt. Porter's investigative involvement.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **1286 Porter, Matthew** | **12/21/2023** | **Winningham, Jack** | **12/21/2023** |