

**Preliminary Device Report** - Apple iPhone UFED Logical (Generic)



www.cellebrite.com

## Device Information

| Name | Value |
|---|---|
| Logical | |
|   Model | iPhone12,1 |
|   OS | 15.6 |
|   OS_Version | 15.6 |
|   Vendor | Apple |
|   Detected model | MM693 |
|   Phone revision | 15.6 (19G71) |
|   IMEI | 351890921350897 |
|   Serial | DX5HL6BKN72J |
|   ICCID | 89148000006846557021 |
|   MSISDN | +1 (225) 953-0667 |
|   MSISDN Type | MSISDN |
|   IMSI | 311480653590886 |
|   Bluetooth device address | b8:e6:0c:88:f0:91 |
|   WiFi address | b8:e6:0c:74:d1:48 |
|   Unique Device ID | 00008030-001149883C68C02E |
|   Model number | N104AP |
|   Last Cloud Backup Date | 2022-08-08T01:10:56.000+00:00 |
|   Apple ID | williamaverchon@icloud.com |
|   Apple ID | allenvroberts@yahoo.com |
|   iCloud account present | True |
|   Advertising Id (IDFA) #1 | 85FFF94E-E4B1-400E-ACC3-B828B6A310A8 |
|   Last restore from backup | 2022-06-29T06:11:10.000+00:00 |
|   Source of last restored backup | iTunes Backup |
|   Last user ICCID | 89148000006846557021 |
|   ICCID | 89012804320115617986 |
|   MSISDN | 12259530667 |
|   IMSI | 310280011561798 |
|   IMSI | 310280010859428 |
|   Unique ID | 00008030-001149883C68C02E |
|   Detected model | iPhone (N104AP) |
|   Phone date/time | 09-Mar-23 19:39:28(UTC+0) |
|   Detected Phone Model Identifier | iPhone12,1 |
|   OS Version | 15.6 |
|   Phone date/time | 2023-03-09T19:39:28.821+00:00 |
|   Detected Phone Model | iPhone 11 |
| Extra User Data | |
|   Case ID | 2023-01120110_62 |
|   Seized by | ICE |
|   Crime type | Other |
|   Device owner | Suspect |
| Extraction Notes | |
|   Call-logs | FaceTime Audio or Video calls |
|   E-mail | Email extraction on Apple devices is only available for jail-broken devices. |
| ACE ♠ (2) | |
|   Unique ID | 00008030-001149883C68C02E |
|   OS Version | 15.6 |
|   Owner Name | ACE ♠ (2) |
|   IMEI | 351890921350897 |
|   Detected Phone Model Identifier | iPhone12,1 |
|   ICCID | 89148000006846557021 |
|   Is encrypted | True |
|   Serial | DX5HL6BKN72J |
|   MSISDN | +1 (225) 953-0667 |
| Phone Settings | |
|   Message Retention Duration | Forever |
|   Location Services Enabled | True |
|   Time Zone | (UTC-05:00) New_York (America) |
|   Locale language | en_US |
|   Cloud Backup Enabled | True |
|   Find my iPhone enabled | True |
| Tethering | |
|   Last Hotspot Activity | 09-Mar-23 19:38:07(UTC+0) |
| Physical SIM | |
|   Last user ICCID | 89148000006846557021 |
|   Last used MSISDN | +12259530667 |
|   MSISDN | +12292300361 |

| ICCID |  | 8901410327867343566 |
|---|---|---|
| ICCID |  | 89014103278673435379 |
| MSISDN |  |  |

## User Accounts (25)

| # | Source | Account Name | User name | Service Type | Creation time | Entries |
|---|---|---|---|---|---|---|
| 1 | Facebook |  |  |  |  | User ID:<br>Facebook Id 0 |
| 2 | Google |  |  |  |  |  |
| 3 | Accounts |  | williamaverchon@icloud.com | iTunes Store | 1/8/2021<br>4:43:38 PM(UTC+0) |  |
| 4 | Accounts |  | allenvroberts@yahoo.com | CloudKit | 12/26/2021<br>11:29:00 PM(UTC+0) |  |
| 5 | Accounts |  | allenvroberts@yahoo.com | Device Locator | 12/26/2021<br>11:29:00 PM(UTC+0) |  |
| 6 | Accounts |  | allenvroberts@yahoo.com | Find My Friends | 12/26/2021<br>11:29:00 PM(UTC+0) |  |
| 7 | Accounts |  | allenvroberts@yahoo.com | Game Center | 12/26/2021<br>11:29:00 PM(UTC+0) |  |
| 8 | Accounts |  | williamaverchon@icloud.com | Apple ID | 2/11/2022<br>1:17:09 AM(UTC+0) |  |
| 9 | Accounts |  | local | iTunes Store | 4/9/2022<br>9:40:52 PM(UTC+0) |  |
| 10 | Accounts |  | william1998roberts@gmail.com | Gmail | 7/6/2022<br>7:01:33 PM(UTC+0) |  |
| 11 | Accounts |  | allenvroberts@yahoo.com | IDMS | 12/19/2020<br>2:51:36 AM(UTC+0) |  |
| 12 | Accounts |  | allenvroberts@yahoo.com | Apple ID | 12/19/2020<br>2:51:36 AM(UTC+0) |  |
| 13 | Accounts |  | allenvroberts@yahoo.com | iTunes Store | 12/19/2020<br>2:51:43 AM(UTC+0) |  |
| 14 | Accounts |  | allenvroberts@yahoo.com | Messages | 12/19/2020<br>2:51:43 AM(UTC+0) |  |
| 15 | Accounts |  | local | iTunes Store (Sandbox) | 12/19/2020<br>3:00:41 AM(UTC+0) |  |
| 16 | Accounts |  | allenvroberts@yahoo.com | iCloud | 12/19/2020<br>9:15:14 AM(UTC+0) |  |
| 17 | Gmail |  | affordablecaroutlet@gmail.com |  |  |  |
| 18 | Gmail |  | william1998roberts@gmail.com |  |  | Profile Picture:<br>https://lh3.googleusercontent.com/a/AATXAJxd6WyYZTkC4bZnZQbNqlgzmYrapR300T3Rl1KK=w180-h180 |
| 19 | Twitter |  | chubbyvxnikkib |  |  | User ID:<br>3338264512<br>chubbyvxnikkib-665476974852700 |
| 20 | Health | Alexus Williams Williams |  |  |  |  |
| 21 | Discord | allen #9493 |  |  |  | Email:<br>email null |
| 22 | Apple Wallet | Allen Roberts |  |  |  |  |
| 23 | TikTok | Allen Roberts428 | alsacemode |  |  | User ID:<br>User ID alsacemode<br><br>Profile Picture:<br>Profile Picture https://sf16-passport-va.ibytedtos.com/img/user-avatar-musically/a4d4c7de12b41e51ae84b20499e48c53~300x300.image<br><br>Email:<br>Email w***s@gmail.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | Instagram | bigalso0 | nigabsace1 | | | **Profile Picture:** Profile pic URL https://scontent-atl3-1.cdninstagram.com/v/t51.2885-19/301927968_125558604 1866449_8231332816 24973446_n.jpg?stp=dst-jpg_s150x150&_nc_ht=s content-atl3-1.cdninstagram.com&_nc _cat=105&_nc_ohc=jEdp q1jOhVQAX81EseP&ed m=AEF8tYYBAAAA&ccb =7-5&oh=00_AT9tQPmZKy3 4gbBM3mW3Ux0sMrC-MwJ0X0sOn0M5OJyimw &oe=6316EF5A&_nc_sid =a9513d<br><br>**Email:** allenvroberts@yahoo.com<br><br>**Phone:** +13862498757 |
| 25 | Waze | usaweb_vlcurbbe | | | | |

3