

# Property Detail Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 07/12/2024 12:25 | **From Date:** | Lowndes County Sheriff's Office |
| **Login ID:** | lowndesco\matpor1013 | **Thru Date:** | **ORI Number:** GA0920000 |
| **Case Number:** | All | **Tag Number:** 2023-01120110 | **Item Number:** 62 |

### General Property Detail

| | | | | | |
|---|---|---|---|---|---|
| **Item Desc:** | black iPhone | **Unit of Measure:** | Each | **Reg. Date:** | |
| **Make:** | | | | **Reg. Number:** | |
| **Model:** | | **Year Manuf:** | | **Reg. Type:** | |
| **Style:** | | **Serial #:** | | **Reg. Year:** | |
| **Style Desc:** | | **OAN:** | | **Reg. State:** | |
| **Quantity:** | 1.000 | **Color:** | | **Officer** | |
| **Condition:** | | **Reg. Expire:** | | **Remarks:** | |

### Property Detail

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2023-01120110 | **Property Code:** | Evidence (Non IBR) | **Received Date:** | 02/24/2023 |
| **Property Type:** | Cell Phone | **Property Class:** | | **Owner Name:** | Roberts, William Allen |
| **UCR Value:** | | **Initial Value:** | | **Current Value:** | |
| **Notified via:** | | **Notified Date:** | | **Insurance Company:** | |
| **Policy #:** | | **Lien Holder:** | | **Recovery Location:** | |
| **Recovery Date:** | | **Recovery Code:** | | **Recovery Value:** | |
| **RFOJ?:** | No | **Recovery Code:** | | **RFOJ Case Number:** | |
| **Location Stolen:** | | **Recovery ORI:** | | **Recovered Address:** | |
| | | **NCIC Number:** | | | |

### Property Room

| | | | | |
|---|---|---|---|---|
| **Facility:** | Evidence Room | **Targ Disp Date:** | | |
| **Bin Location:** | D15Bin4 | **Disposed Of:** | No | |
| **Additional Bin Information:** | | **Disposed of Date:** | | |
| **Tag #:** | 2023-01120110 | **Disposed of By:** | | |
| **Tag Item #:** | 62 | | | |

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 02/24/2023 13:12 | **Type:** Intake<br>**Code:** Initial Intake | 8117-Herbert Bennett | Patrol | 9999-Evidence Locker | Evidence |
| 02/27/2023 08:38 | **Expected Return Date:**<br>**Remarks:**<br>**Type:** Release<br>**Code:** Other | 9999-Evidence Locker | Evidence | 0916-Tonie Bennefield | Property Officer |
| 02/27/2023 08:39 | **Expected Return Date:**<br>**Remarks:**<br>**Type:** Intake | 0916-Tonie Bennefield | Property Officer | 9999-Evidence Locker | Evidence |



# Property Detail Report

| | | | | | |
|---|---|---|---|---|---|
| **Print Date/Time:** 07/12/2024 12:25 | | **From Date:** | | Lowndes County Sheriff's Office | |
| **Login ID:** lowndesco \matpor1013 | | **Thru Date:** | | **ORI Number:** GA0920000 | |
| **Case Number:** All | | **Tag Number:** 2023-01120110 | | **Item Number:** 62 | |

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| | **Code:** Evidence | | | | |
| | **Expected Return Date:**<br>**Remarks:** | | | | |
| 03/02/2023 15:30 | **Type:** Release<br>**Code:** Lab | 9999-Evidence Locker | Evidence | 0916-Tonie Bennefield | Property Officer |
| | **Expected Return Date:**<br>**Remarks:** | | | | |
| 03/02/2023 15:30 | **Type:** Release<br>**Code:** Lab | 0916-Tonie Bennefield | Property Officer | 1286-Matthew Porter | Investigator |
| | **Expected Return Date:**<br>**Remarks:** | | | | |
| 03/23/2023 08:39 | **Type:** Intake<br>**Code:** Returned From Lab | 1286-Matthew Porter | Lab | 9999-Evidence Locker | Evidence |
| | **Expected Return Date:**<br>**Remarks:** | | | | |
| 03/24/2023 08:24 | **Type:** Release<br>**Code:** Other | 9999-Evidence Locker | Evidence | 0916-Tonie Bennefield | Property Officer |
| | **Expected Return Date:**<br>**Remarks:** | | | | |
| 03/24/2023 08:25 | **Type:** Intake<br>**Code:** Evidence | 0916-Tonie Bennefield | Property Officer | 9999-Evidence Locker | Evidence |
| | **Expected Return Date:**<br>**Remarks:** | | | | |
| 07/06/2023 12:23 | **Type:** Release<br>**Code:** Lab | 1286-Matthew Porter | Lab | 9999-Evidence Locker | Evidence |
| | **Expected Return Date:**<br>**Remarks:** | | | | |
| 07/06/2023 14:23 | **Type:** Release<br>**Code:** Other | 9999-Evidence Locker | Evidence | 0916-Tonie Bennefield | Property Officer |
| | **Expected Return Date:**<br>**Remarks:** | | | | |