UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    NO. 7:24-CR-21-WLS-TQL |
| v. | : |
| MARIARLENE BROWN a/k/a MATI MOM, | : |
| Defendant. | : |

FILED at 5:04 P.M.
May 22, 2025
/s/ Stosa R. Anderson
Courtroom Deputy/Scheduling Clerk
U.S. District Court
Middle District of Georgia

## CHANGE OF PLEA

I, Mariarlene Brown, having been advised of my constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count One of the Indictment, this 22nd day of May, 2025.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
MARIARLENE BROWN
DEFENDANT

_____
JENIFER CUMMINGS
ATTORNEY FOR DEFENDANT

s/ Hannah M. Couch
HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY