# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO. 7:24-CR-21 |
| | : |
| **MARIARLENE BROWN a/k/a MATIMOM,** | : |
| | : |
| Defendant. | : |

## MOTION FOR ADDITIONAL DECREASE FOR
## ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. SECTION 3E1.1(b)

The Government files this Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b). In support hereof, the United States shows that Defendant Mariarlene Brown assisted authorities in the prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a guilty plea, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Therefore, if Defendant qualifies for a two-level decrease for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and if Defendant's offense level as determined prior to the operation of Section 3E1.1(a) is level 16 or greater, the United States moves the Court to make an additional one level decrease in the offense level pursuant to Section 3E1.1(b).

Respectfully submitted this 3rd day of June, 2025.

                              C. SHANELLE BOOKER
                              ACTING UNITED STATES ATTORNEY

BY:    *s/ Hannah M. Couch*
          HANNAH M. COUCH
          Assistant United States Attorney
          Georgia Bar No. 825706
          United States Attorney's Office
          Post Office Box 1702
          Macon, Georgia 31202
          Telephone: (478) 752-3511
          Facsimile: (478) 621-2655
          Email: hannah.couch@usdoj.gov

          *Attorney for the United States of America*

**CERTIFICATE OF SERVICE**

I, Hannah M. Couch, Assistant United States Attorney, do hereby certify that I have this date filed the within and foregoing **Motion for Additional Decrease** with the Clerk of the Court via CM/ECF, which will send notification of such filing to counsel of record.

Respectfully submitted this 3rd day of June, 2025.

                            C. SHANELLE BOOKER
                            ACTING UNITED STATES ATTORNEY

BY:    *s/ Hannah M. Couch*
           HANNAH M. COUCH
           Assistant United States Attorney
           Georgia Bar No. 825706
           United States Attorney's Office
           Post Office Box 1702
           Macon, Georgia 31202
           Telephone: (478) 752-3511
           Facsimile: (478) 621-2655
           Email: hannah.couch@usdoj.gov

           *Attorney for the United States of America*