# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 7:24-CR-21-WLS-TQL** |
| : | |
| **WILLIAM ALLEN ROBERTS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## RESPONSE TO COURT ORDER

On July 2, 2025, the Court ordered the Government and Defendant William Allen Roberts to inform the Court whether the case is ready to proceed to trial and if any other matters required the Court's ruling. Doc. 199. The answer is no.

The Government spoke with Defendant, and Defendant informed the Government that Defendant wishes to change his plea to guilty. As such, the Government and Defendant informed the Court on July 9, 2025 of Defendant's intent to change his plea to guilty and are working with the Court to schedule a change of plea hearing before the currently scheduled trial date of August 4, 2025.

Respectfully submitted, this 9th day of July, 2025.

                                  WILLIAM R. KEYES
                                UNITED STATES ATTORNEY

BY:   *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov

        *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I, Hannah M. Couch, Assistant United States Attorney, hereby certify that I have electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record.

Submitted this 9th day of July, 2025.

                        WILLIAM R. KEYES
                        UNITED STATES ATTORNEY

BY:   *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov